IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NICOLE HOWELL,  § <br> Plaintiff, § <br> § <br> v. § <br> § <br> JUSTICE COURT 3-1 OF § <br> COLLIN COUNTY § <br> Defendant. § | No. 3:22-cv-1632-X (BH) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case on July 29, 2022. No objections were made. After reviewing this case for clear error, the Court finds none and **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SIGNED** this 8th day of September 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE